| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Yeakel III, Earl L. | 2. Court or Organization<br><br>District Court, W.D. Texas | 3. Date of Report<br><br>05/02/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>501 West 5th Street<br>Austin, Texas 78701 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | University of Texas Longhorn Foundation Advisory Council |
| 2. | Member | Texas Commission on Uniform State Laws |
| 3. | Member | National Conference of Commissioners on Uniform State Laws |
| 4. | Member | Board of Advisors, Austin Lawyers Chapter, The Federalist Society |
| 5. | President | Hon. Lee Yeakel Intellectual Property American Inn of Court |
| 6. | Trustee | Austin Rotary Club Foundation |
| 7. | Trustee | American Inns of Court Foundation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| | | | (yours, not spouse's) |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Employees Retirement System of Texas - Retirement |
| 2. | 2017 | Fisher Winslow Risk Advisors - Commission Sales |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Commissioners on Uniform State Laws | January 25-29, 2017 | Tucson, Arizona | Committee on Style Meeting | Transportation, Meals, & Lodging |
| 2. | National Conference of Commissioners on Uniform State Laws | February 18-23, 2017 | The Hague, The Netherlands | Hague Convention on Private Int'l Law-Foreign Judgments | Transportation, Meals, & Lodging |
| 3. | National Conference of Commissioners on Uniform State Laws | May 3-7, 2017 | Harrisburg, Pennsylvania | Committee on Style Meeting | Transportation, Meals, & Lodging |
| 4. | National Conference of Commissioners on Uniform State Laws | September 6-10, 2017 | Chicago, Illinois | Committee on Style Meeting | Transportation, Meals, & Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yeakel III, Earl L. | 05/02/2018 |

| | | | | |
|---|---|---|---|---|
| 5. | American Conference Institute | September 26-28, 2017 | New York, New York | Defending & Managing Employment Discrimination Litigation Conference | Transportation, Meals, & Lodging |
| 6. | The Eastern District of Texas Bar Association | October 4-6, 2017 | Plano, Texas | Eastern District of Texas Bench Bar Conference | Transportation, Meals, & Lodging |
| 7. | National Conference of Commissioners on Uniform State Laws | November 11-17, 2017 | The Hague, The Netherlands | Hague Convention on Private Int'l Law-Foreign Judgments | Transportation, Meals, & Lodging |
| 8. | National Conference of Commissioners on Uniform State Laws | December 1-3, 2017 | Chicago, Illinois | International Legal Developments Committee Meeting | Transportation, Meals, & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SCHW Common Stock | A | Dividend | J | T | | | | | |
| 2. CVX Common Stock | C | Dividend | M | T | | | | | |
| 3. XOM Common Stock | A | Dividend | K | T | | | | | |
| 4. F Common Stock | A | Dividend | J | T | | | | | |
| 5. MSFT Common Stock | A | Dividend | J | T | | | | | |
| 6. Rogers Communications, Inc. Class B Common Stock | A | Dividend | K | T | | | | | |
| 7. Royal Dutch Shell PLC Common Stock | B | Dividend | K | T | | | | | |
| 8. LUV Common Stock | C | Dividend | N | T | | | | | |
| 9. SPND.OB Common Stock | | | J | T | | | | | |
| 10. DIS Common Stock | A | Dividend | K | T | | | | | |
| 11. Fidelity Blue Chip Growth Mutual Fund | A | Dividend | L | T | | | | | |
| 12. Fidelity Blue Chip Growth Mutual Fund | C | Distribution | | | | | | | |
| 13. Fidelity China Region Mutual Fund | A | Dividend | K | T | | | | | |
| 14. Fidelity New Millenium Mutual Fund | A | Dividend | K | T | | | | | |
| 15. Fidelity New Millennium Mutual Fund | B | Distribution | | | | | | | |
| 16. Fidelity Municipal Money Market Mutual Fund | A | Dividend | J | T | | | | | |
| 17. Fidelity Gov't Money Market Premium Class | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Total Stock Market Index Admiral Mutual Fund | A | Dividend | K | T | | | | | |
| 19. Prosperity Bank (CD) | A | Interest | K | T | | | | | |
| 20. Prosperity Bank (Checking) | A | Interest | L | T | | | | | |
| 21. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 22. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 23. Wells Fargo Bank (Savings) | A | Interest | M | T | | | | | |
| 24. Federated Gov't Obl. Tax Mgd. Fund #636 | A | Dividend | J | T | | | | | |
| 25. Federal Farm Credit Bank 3.45% Note | B | Interest | K | T | | | | | |
| 26. U.S. Treasury 5.5% Note | D | Interest | M | T | | | | | |
| 27. Vanguard Wellesley Inc. Fund Admiral Shares | A | Dividend | L | T | | | | | |
| 28. Luby's Inc. | | | J | T | | | | | |
| 29. United States Series I Savings Bonds | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/02/2018 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Earl L. Yeakel III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544